UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

FRANKLIN BROWN.

No. 09 CR 671-1
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

Franklin Brown seeks a reduction of sentence under the recent amendment of the Sentencing Guidelines. Sentences could be lowered in drug offense cases wherein the Amendment led to a lesser sentencing range. The problem for Brown is that his offense level is not, and has not, been lowered. He has an offense level of 38, and this level applies under both the older and the newer revised guidelines. The continuing existence of the level of 38 is a result of the very large quantities of cocaine involved. I found that Brown was clearly responsible for 150 kilograms of cocaine. Indeed, I thought the quantities might have been higher, but a level 40 or 42 was appropriate as well if the 2012 guidelines provided for levels of 40 to 42. I thought there was no way to go further than level 38. There was evidence that more than 450 kilograms was part of his responsibility. The prosecution notes that the mandatory minimum sentence is, under the terms of the statute, 240 months. The suggestion of Brown that his sentence should be 235 months cannot be honored under existing law. Having been sentenced under the career offender guideline, there can be no reduction. *United States v. Williams*, 694 F.3d 917 (7th Cir. 2012).

Brown was a very capable operator who dealt with multi-kilogram quantities of cocaine on a regular basis for several years. He had other skills that led to some economic success in legitimate enterprise, and it is unfortunate that he chose criminal paths. I deny his motion for reduction of sentence.

ENTER:

*James B. Zagel*

James B. Zagel
United States District Judge

DATE: January 21, 2016

1